UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
FAY GLICK, on behalf of herself and all :
others similarly situated,
:
               Plaintiff,      Civil Action
                                      :  No. 12-11579-WGY
  v.
:
BANKERS LIFE & CASUALTY
INSURANCE COMPANY, :

               Defendant.   :
------------------------------------- x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice as to the Defendant Bankers Life & Casualty Insurance Company, with each party to bear its own costs and attorneys' fees.

Dated: April 2, 2013
       Boston, Massachusetts

_____
Jason B. Adkins, Esq. (BBO #558560)
John P. Zavez, Esq. (BBO #555721)
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, Suite 500
Boston, Massachusetts 02114
(617) 367-1040
jadkins@akzlaw.com
jzavez@akzlaw.com

*Counsel for Plaintiff*
*Fay Glick*

Respectfully submitted,

_____
Adam J. Kaiser (admitted pro hac vice)
John M. Aerni (admitted pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-4600
akaiser@winston.com
jaerni@winston.com

James R. Carroll (BBO #554426)
David S. Clancy (BBO #636031)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street

Boston, Massachusetts 02108
(617) 573-4800
james.carroll@skadden.com
david.clancy@skadden.com

*Counsel for Defendant
Bankers Life & Casualty Insurance Co.*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 2, 2013.

Dated: April 2, 2013          /s/ James R. Carroll
                                           James R. Carroll